IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| UNITED STATES OF AMERICA, | Case No. 18-cr-00185-DKW-1 |
|---|---|
| Plaintiff, | **ORDER DENYING DEFENDANT DANIEL LEE MELLINGER'S MOTION FOR VARIOUS CHANGES TO HIS SUPERVISED RELEASE STATUS** |
| v. | |
| DANIEL LEE MELLINGER, | |
| Defendant. | |

On August 5, 2019, Defendant Mellinger filed a motion that alternatively seeks the early termination of his supervised release, the transfer of his supervision from the District of Hawai'i to the District of Nevada, and/or the removal of the special condition that prohibits Defendant from engaging in gambling or from frequenting gambling establishments. Dkt. No. 4. Two oppositions were filed, one from the United States Attorney's Office (USAO) on August 19, 2019, and another from the United States Probation Office (USPO) on August 28, 2019. Dkt. Nos. 9-10. Having considered each of these submissions, the Court rules as follows.

While the Court acknowledges and even applauds Mellinger's compliance with his supervision conditions approximately 24 months into his 60-month term, as well as the "overall stability in his life" noted by the USPO (Dkt. No. 10 at 2), the inescapable reality is that Mellinger has not completed even half of the supervised release term ordered by this Court. Continued supervision will promote, not inhibit, Mellinger's reintegration

into society and protect the public and Mellinger from the obvious criminal propensities, some violent, that the criminal history described in his Presentence Investigation Report demonstrates. It was the Court's judgment that a 60-month period of supervision was necessary, given Defendant's offenses and significant criminal history, to achieve the goals of punishment, deterrence and rehabilitation, and modest progress towards these goals achieved over the past 24 months does not obviate that need. Moreover, as mentioned by the USAO (Dkt. No. 9 at 3-4), gambling was part of the reason behind Mellinger's underlying offense and the reason for the special condition he now wishes to remove. His desired move to Las Vegas with his family makes retention of that special condition all the more important. Accordingly, Mellinger's requests for early termination of supervised release and removal of the special condition relating to gambling are DENIED.

Mellinger also mentions employment opportunities that his wife has in Las Vegas. While it is unclear how concrete these opportunities might be,[1] the Court does not oppose transferring Mellinger's supervision to the District of Nevada upon acceptance by

//

//

---

[1] Mellinger describes these opportunities only as the pursuit of a new job (Dkt. No. 4 at 1), while USPO says that pursuit has already met with success (Dkt. No. 10 at 3).

that District. Indeed, Defendant has already embarked on that transfer process, and it appears nothing more is required from this Court for that process to run its course.

IT IS SO ORDERED.

DATED: August 30, 2019 at Honolulu, Hawai'i.



_____
Derrick K. Watson
United States District Judge

---

*United States of America v. Daniel Lee Mellinger*; Cr 18-00185 DKW-1;
**ORDER DENYING DEFENDANT DANIEL LEE MELLINGER'S MOTION FOR VARIOUS CHANGES TO HIS SUPERVISED RELEASE STATUS**